IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00326-MJW

LAYNE ROETKER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Opposed Motion for Protective Order (docket no. 25) is GRANTED finding good cause shown. The written Protective Order (docket no. 25-1) is APPROVED as amended in paragraphs 11, 14, and 15 and made an Order of Court.

Date: May 20, 2015