IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00326-MJW

LAYNE ROETKER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

Defendant

---

### ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF SCHEDULING ORDER / ONE MONTH EXTENSION OF CERTAIN DEADLINES ( Docket No. 29 )

This matter is before the Court on the parties' Stipulated Motion for Modification of Scheduling Order / One Month Extension of Certain Deadlines. The Court, having reviewed the Stipulated Motion and being otherwise fully advised, hereby GRANTS the Motion and Orders that the Scheduling Order entered in this matter shall be amended to include the following deadlines:

Plaintiff's Expert Disclosures: September 14, 2015
Defendant's Expert Disclosures: October 14, 2015
Rebuttal Expert Disclosures: October 26, 2015
Discovery Ends: November 18, 2015
Dispositive Motions: December 11, 2015

Dated this 25TH day of June 2015.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO