IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00326-MJW

LAYNE ROETKER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## MINUTE ORDER

---

    It is hereby ORDERED that Plaintiff's Motion to Compel a Second Rule 30(b)(6) Deposition and for Sanctions Under Fed. R. Civ. P. 37 (docket no. 34) is GRANTED IN PART AND DENIED IN PART. The motion to compel is granted for those reasons outlined in the subject motion (docket no. 34). The motion for sanctions is denied.

    It is FURTHER ORDERED that each party pay their own attorney fees and costs for this motion finding that under the circumstances an award of expenses would be unjust.

    It is FURTHER ORDERED that Plaintiff may take a second Rule 30(b)(6) deposition on topics 1, 2, 4, and 7 ONLY. The parties shall forthwith meet and confer and set this second Rule 30(b)(6). This second Rule 30(b)(6) deposition shall be completed by the discovery cut off date which is November 18, 2015. Defendant shall make sure that whoever they designate for this second Rule 30(b)(6) deposition is able to respond to topics 1, 2, 4, and 7 fully and completely.

Date:  September 21, 2015